UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------- X

UNITED STATES OF AMERICA,

       -against-

FRANK SAPPELL,

       Defendant.

---------------------------- X

SATISFACTION OF JUDGMENT

Docket No. 16-CR-0606
(Feuerstein, J.)

WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the amount of $30,100.00, that is, restitution in the amount of $30,000.00, plus interest, and a special assessment in the amount of $100.00, on July 23, 2018, in the above-captioned case, and thereafter entered on the docket sheet by the Clerk of the Court on July 23, 2018; and

WHEREAS, said judgment has been fully paid as to the defendant FRANK SAPPELL;

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy and discharge the same solely as to the defendant FRANK SAPPELL.

Dated:    Brooklyn, New York
           December 14, 2020

                                  SETH D. DUCHARME
                                  Acting United States Attorney
                                  Eastern District of New York
                                  271 Cadman Plaza East, 8th Fl.
                                  Brooklyn, New York 11201

                      By:      /s/
                                  Sylvia Shweder
                                  Assistant U.S. Attorney
                                  (718) 254-6092