Frank Sappell   #89727053
FCI Fort Dix
P. O. Box 2000
Joint Base MDL, NJ 08640-0902

February 6, 2023

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   FEB 27 2023   ★

LONG ISLAND OFFICE

Clerk of the Court, Pro Se Office
U.S. District Court, E.D.N.Y.
100 Federal Plaza
Central Islip, NY  11722-4438

Re: USA v. Sappell, 16-CR-0606(SJF)

Dear Clerk of the Court:

I am the defendant in the above-captioned case. I was sentenced on July 13, 2018. I would like to receive a copy of my Judgment, including Conditions of Supervised Release. Your office advised me that the fee for this 11-page document is $5.50. A check in this amount is enclosed.

Please mark the front of the envelope "Special Mail -- Open only in the presence of the inmate."

Also: my case was assigned to Judge Sandra Feuerstein. Would you please tell me which judge is now responsible for it?

Thank you.

Respectfully,

*Frank Sappell*
Frank Sappell



Frank Sappell #8972705 3
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640-0902

Clerk of the Court, Pro Se Office
U.S. District Court, E.D.N.Y.
100 Federal Plaza
Central Islip, NY 11722-4438

