UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

**Brenna B. Mahoney**
Clerk of Court

**August Marziliano**
Chief Deputy, Brooklyn

**Michael Kramer**
Chief Deputy, Central Islip



Theodore Roosevelt Federal Courthouse
**Emanuel Cellar Federal Courthouse**
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

**Alfonse D'Amato Federal Courthouse**
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6030

March 2, 2023

Frank Sappell (#89727-053)
FCI Fort Dix
P.O. Box 2000
Joint Base MDL, NJ 08640-0902

Re: 16-CR-606(SJF), USA v. Sappell

Dear Mr. Sappell:

    The Court is in receipt of your letter dated February 6, 2023, which was received by the Court on February 27, 2023, in which you request information regarding your action. Specifically, as your action is closed, it has not been reassigned. Please review the enclosed docket sheet which includes all public filings to date. Should you request further information, please direct them to the attorney who represented you during your action. Lastly, a copy of the requested document (Judgment) is enclosed. Please contact the Pro Se Office if you require further assistance.

Sincerely,

*J. Grady* (signature)

J. Grady
Pro Se Office
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6060

Enc.
Copy mailed to litigant 3/2/23